IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| ALAN DOERING<br>ADC #106115 | | PLAINTIFF |
| v. | No. 4:23-CV-00623-LPR-JJV | |
| WELLPATH, et al. | | DEFENDANTS |

## ORDER

The Court has reviewed the Partial Recommended Disposition (PRD) submitted by United States Magistrate Judge Joe J. Volpe and the Plaintiff's Objections.[1] After a *de novo* review of the PRD, as well as careful consideration of Plaintiff's Objections and the case record, the Court hereby approves and adopts the PRD in its entirety as this Court's findings and conclusions in all respects.

Accordingly, Plaintiff may proceed with his claim that Defendants Horan, Parrot, Culclager, and Wellpath LLC are failing to provide him with constitutionally adequate medical care for hepatitis C. All other claims are DISMISSED without prejudice as improperly joined. Defendant Lake is DISMISSED without prejudice as a Defendant in this case. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

IT IS SO ORDERED this 14th day of November 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Docs. 6 & 9. Plaintiff's "Objections" are not focused on the PRD. Rather, they are focused on other decisions made by the Magistrate Judge. Those other decisions are not in front of the Court for review. In any event, the Court will proceed as if relevant objections were filed.