IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| ALAN DOERING<br>ADC #106115 | | PLAINTIFF |
| v. | No. 4:23-CV-00623-LPR-JJV | |
| WELLPATH, et al. | | DEFENDANTS |

## ORDER

The Court has reviewed the Partial Recommended Disposition (PRD) submitted by United States Magistrate Judge Joe J. Volpe (Doc. 42). No objections have been filed, and the time to do so has expired. After a *de novo* review of the PRD and careful consideration of the case record, the Court hereby approves and adopts the PRD in its entirety as this Court's findings and conclusions in all respects.

Accordingly, Separate Defendant Culclager's Motion for Summary Judgment (Doc. 34) is GRANTED. Defendant Culclager is DISMISSED without prejudice from this lawsuit. In light of this dismissal, the Court DENIES as moot Defendant Culclager's Motion to Dismiss (Doc. 16) and declines to adopt Judge Volpe's corresponding PRD (Doc. 23). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

IT IS SO ORDERED this 7th day of February 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE