IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ALAN DOERING**     **PLAINTIFF**
**ADC #106115**

v.     No. 4:23-CV-00623-LPR

**WELLPATH, et al.**     **DEFENDANTS**

## ORDER

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Joe J. Volpe (Doc. 57). No objections have been filed, and the time to do so has expired. After a *de novo* review of the RD and careful consideration of the entire case record, the Court hereby approves and adopts the RD in its entirety as this Court's findings and conclusions in all respects.[1]

Accordingly, Defendants' Motion for Summary Judgment (Doc. 54) is GRANTED. Judgment will be entered in favor of Defendants Horan, Wellpath, and Parrot on the inadequate medical care claims brought against them. This case will be CLOSED. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

IT IS SO ORDERED this 5th day of November 2024.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] The Court is making technical edits to the RD concerning the disposition of this case.